1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
   rdrake@drakeanddrake.com
3  DRAKE & DRAKE, P.C.
   23679 Calabasas Road, Suite 403
4  Calabasas, California  91302
   Telephone:  818.438.1332
5  Facsimile:  818.475.1880
6  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCELIA MENA DE ENRIQUEZ, | ) |
| | ) CASE NO.: 2:22-cv-07377-ADS |
| Plaintiff, | ) |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) AWARDING EAJA FEES AND COSTS |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the terms of the stipulation.

DATED:   6/27/2023

/s/ Autumn D. Spaeth
HON. AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

-1-