| | |
|---|---|
| 1 | Roger D. Drake (SBN 237834) |
| 2 | BERTOLDO CARTER SMITH & CULLEN |
| 3 | 7408 West Sahara Avenue |
|   | Las Vegas, NV 89117 |
| 4 | (702) 800-0000 (tel.) |
| 5 | (702) 228-2333 (fax) |
|   | rdrake@nvlegaljustice.com |
| 6 | Attorney for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARCELIA MENA DE ENRIQUEZ, | ) | |
| | ) | CASE NO.: 2:22-cv-07377-ADS |
| Plaintiff, | ) | |
| | ) | ORDER AWARDING |
| v. | ) | ATTORNEY'S FEES UNDER |
| | ) | 42 U.S.C. § 406(b) |
| FRANK BISIGNANO, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Having reviewed and considered plaintiff's counsel's Motion for Authorization of Attorney Fees Under 42 U.S.C. § 406(b), all supporting declarations and documentation, and any and all subsequent briefing,

IT IS ORDERED that plaintiff's counsel's request for attorneys' fees under 42 U.S.C. § 406(b) is GRANTED. Section 406(b) fees are allowed in the amount of TWENTY ONE THOUSAND THREE HUNDRED FIFTY TWO DOLLARS AND 00/100 ($21,352.50), to plaintiff's counsel ROGER DRAKE.

/ / /

/ / /

-1-

     Out of this gross fee plaintiff's counsel will refund to plaintiff EAJA fees previously awarded in the amount of $3,700.00.

DATED:  09/12/2025            /s/ Autumn D. Spaeth
                                         HON. AUTUMN D. SPAETH
                                         UNITED STATES MAGISTRATE JUDGE